**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRONX WEBSTER, LLC,<br><br>PLAINTIFF(S)<br>v.<br>BEHAVIORAL PROPERTY PARTNERS, LLC; and<br>MICHAEL R. TREANOR,<br><br>DEFENDANT(S) | CASE NUMBER<br><br>2:18-cv-01838-JVS-SK<br><br>**APPLICATION FOR REFUND OF FEES;**<br>**ORDER THEREON** |

Please complete all fields in Section I.  If you are requesting a refund of fees paid online using pay.gov, also complete Section II.  Then electronically file the completed form using the Application for Refund of Fees event in CM/ECF.

**SECTION I**

Name of Applicant: Henry L. Whitehead
Amount Paid: $ 800
Requested Refund Amount: $ 400
Document Title and Docket #: Complaint For Breach of Contract, Docket No. 1
Transaction Date: March 05, 2018
Receipt Number: _____
(If paid by cash/check only)

**Reason for refund request:**
[x] Duplicate payment submitted
[ ] Fee paid even though none was required
[ ] Overpayment of a required filing fee
[ ] Pro hac vice application denied (order attached)
[ ] Other:

**SECTION II**  (Complete only if you are requesting a refund of fees paid online using pay.gov.  This information can be found in the pay.gov screen receipt or confirmation email.)

Account Holder Name: Henry L. Whitehead
Pay.gov Tracking ID: 2687OHST and 2687OMQR
Agency Tracking ID: 0973-21359216 and 0973-21359282

*PLEASE BE ADVISED THAT THE POLICY OF THE JUDICIAL CONFERENCE OF THE UNITED STATES GENERALLY PROHIBITS THE REFUND OF FILING FEES IN ALL BUT LIMITED CIRCUMSTANCES.*
*(GUIDE TO JUDICIARY POLICY, VOL. 4, CHAP. 6, § 650.)*

**For Court Use Only**

**Fiscal Department**

[ ] Refund issued.

[ ] Application for refund denied:
  [ ] Application seeks refund of fee that was not paid.
  [ ] Previous court order indicates fee is not to be refunded.

[ ] Application referred to U.S. District/Magistrate Judge for ruling.

Notes:

IT IS ORDERED that the application for refund of fees is:

[ ] GRANTED    [ ] DENIED

_____
United States District/Magistrate Judge

G-124 (11/17)    APPLICATION FOR REFUND OF FEES; ORDER THEREON