Henry Whitehead (SBN 284676)
  hwhitehead@foxrothschild.com
FOX ROTHSCHILD LLP
10250 Constellation Blvd., Suite 900
Los Angeles, CA 90067
Telephone: 310-598-4150
Facsimile:  310-556-9828

ATTORNEYS FOR PLAINTIFF, BRONX WEBSTER, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRONX WEBSTER, LLC, | Case No. 2:18-CV-01838-JVS-SK |
| Plaintiff, | Hon. Judge James V. Selna |
| v. | |
| BEHAVIORAL PROPERTY PARTNERS, LLC; BPP SANTA BARBARA, LLC, BEHAVIORAL PROPERTY INVESTORS LLC, BPP MANAGEMENT LLC, and MICHAEL R. TREANOR, | **STIPULATION AND JOINT REQUEST TO ENTER [PROPOSED] STIPULATED JUDGMENT** |
| Defendants. | Date Complaint Filed:   3/5/18 |

The Parties to this action - Plaintiff Bronx Webster, LLC ("Plaintiff"), and Defendants Behavioral Property Partners, LLC, BPP Santa Barbara LLC, Behavioral Property Investors LLC, BPP Management LLC, and Michael R. Treanor (collectively "Defendants"), hereby stipulate as follows:

1.  The Parties have reached a full and final settlement of this entire action. Pursuant to the Settlement Agreement between Plaintiff and Defendants, the Parties

request that the [Proposed] Stipulated Judgment, filed concurrently herewith, be entered by this Court.

2.  The Parties agree and understand that, pursuant to the [Proposed] Stipulated Judgment, judgment is entered on the full amount of Plaintiff's claim of $625,000.

3.  All Parties shall bear their own costs and fees.

4.  The Court shall retain jurisdiction to enforce the terms of this Settlement Agreement.

IT IS SO STIPULATED.


DATED: May 1, 2019

BRONX WEBSTER, LLC

By Its Duly Authorized Representative:

Name: V. Cui ran

Title: Authorized Member

BEHAVIORAL PROPERTY PARTNERS, LLC

By Its Duly Authorized Representative:

Name: M. Treanor

Title: CEO

//
//

Active\93668799.v1-5/1/19

BPP SANTA BARBARA, LLC

By Its Duly Authorized Representative:

_____

Name: M. Treanor

Title: CEO

BEHAVIORAL PROPERTY INVESTORS, LLC

By Its Duly Authorized Representative:

_____

Name: M. Treanor

Title: CEO

BPP MANAGEMENT LLC

By Its Duly Authorized Representative:

_____

Name: M. Treanor

Title: CEO

MICHAEL R. TREANOR

_____

Name: M. Treanor

3