UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRONX WEBSTER, LLC,<br><br>Plaintiff,<br>v.<br>BEHAVIORAL PROPERTY PARTNERS, LLC; BPP SANTA BARBARA, LLC, BEHAVIORAL PROPERTY INVESTORS LLC, BPP MANAGEMENT LLC, and MICHAEL R. TREANOR,<br>Defendants. | Case No. 2:18-CV-01838-JVS-SK<br><br>Hon. Judge James V. Selna<br><br>ORDER RE STIPULATED JUDGMENT<br><br>Date Complaint Filed: 3/5/18 |

Pursuant to the Settlement Agreement and Stipulation between the Parties, the following JUDGMENT is entered in favor of Plaintiff Bronx Webster, LLC, and against Defendants Behavioral Property Partners, LLC, BPP Santa Barbara LLC,

1

Active\93668870.v1-5/6/19

Behavioral Property Investors LLC, BPP Management LLC, and Michael R. Treanor as follows.

IT IS HEREBY ORDERED THAT:

1. Judgment is entered on the full amount of Plaintiff's claim, for a total judgment of $625,000.

2. All Parties shall bear their own costs and fees.

3. The Court retains jurisdiction to enforce the terms of this Settlement Agreement.

IT IS SO ORDERED.

DATED: May 07, 2019

_____
Hon. James V. Selna
United States District Court Judge