MICHAEL R. FARRELL (BAR No. 173831)
STEPHANIE S. ELDER (BAR No. 299107)
STACEY A. VILLAGOMEZ (BAR No. 317081)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
865 South Figueroa Street, Suite 2800
Los Angeles, California 90017-2543
Phone: (213) 622-5555
Fax: (213) 620-8816
E-Mail: mfarrell@allenmatkins.com
E-Mail: selder@allenmatkins.com
E-Mail: svillagomez@allenmatkins.com

Attorneys for Intervenor-Plaintiff
P3 SANTA BARBARA, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| BRONX WEBSTER, LLC, | Case No. 2:18-cv-01838 JVS (SKx) |
|---|---|
| Plaintiff, | Courtroom: 10C |
| vs. | **JUDGMENT PURSUANT TO STIPULATION** |
| BEHAVIORAL PROPERTY PARTNERS, LLC; and MICHAEL R. TREANOR, | |
| Defendants. | |

**IT HAVING BEEN STIPULATED** by and between Intervenor-Plaintiff P3 Santa Barbara, LLC and its subsidiaries and affiliates ("P3 SB") and Defendant Bronx Webster, LLC and its subsidiaries and affiliates ("Bronx Webster"), that judgment be entered in accordance with the terms of the Stipulation for Entry of Judgment ("Stipulation"), dated May 14 and 15, 2019, said Stipulation having been filed herewith, being fully advised, and good cause appearing therefor, the Court enters its judgment as follows:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that:

1. This judgment affects the real property located in Santa Barbara County, California, commonly known as 1964 Las Canoas Road, Santa Barbara, California (the "Property") more particularly described in **Exhibit A**, which is attached hereto.

2. As of July 18, 2018, P3 SB has held and continues to hold its interest in the Property as a fee simple owner. P3 SB has a clear and unbroken chain of title through its foreclosure on the Multifamily Deed of Trust, Assignment of Rents, Security Agreement, and Fixture Filing (the "Deed of Trust"), executed by the previous fee simple owner of the Property, Behavioral Property Partners, LLC, and recorded in the Official Records of the County of Santa Barbara on October 26, 2016, as Document No. 2016-0056847. The Trustee's Deed Upon Sale evidencing P3 SB's valid foreclosure of the Deed of Trust was recorded on July 25, 2018 in the Official Records of the Santa Barbara County Recorder's Office as Instrument No. 2018-0031241.

3. Bronx Webster owns no right, title, estate, lien, or interest in the Property.

4. Bronx Webster is enjoined from making any further claim to right, title, estate, lien, or ownership interest in the Property, by legal action or otherwise, on the basis of any fact or facts that were asserted in this action.

5. Bronx Webster's cause of action for specific performance compelling the sale of the Property from Behavioral Property Partners, LLC and Michael R. Treanor, as set forth in Bronx Webster's Complaint for Breach of Contract [Dkt. No. 1], is dismissed with prejudice.

6. With the exception of P3 SB's claim for quiet title, P3 SB's Complaint in Intervention [Dkt No. 40], including causes of action for imposition of an equitable lien and declaratory relief are dismissed with prejudice.

7. Other than as indicated in the Court's Order disposing of P3 SB's Motion to Intervene and Expunge Lis Pendens [Dkt. 61], the parties shall bear their own costs and fees.

**IT IS SO ORDERED.**

Dated: June 05, 2019

_____
Hon. James V. Selna

Judge of the United States District Court for the Central District of California